UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -v.-<br><br>KEVIN SPANN,<br><br>                             Defendant. | 91 Cr. 00812 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    The conference scheduled for April 18, 2024 is adjourned to **April 24, 2024** at **3:30 p.m.**

    SO ORDERED.

Dated: April 17, 2024
       New York, New York

                                                            *Jennifer H. Rearden*
                                                        JENNIFER H. REARDEN
                                                        United States District Judge