UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>KEVIN SPANN,<br><br>                          Defendant. | 91 Cr. 00812 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Defendant has moved for an early termination of supervised release. The Government and the Probation Department have no objection to the application.

      Upon consideration of all submissions in support thereof, the parties' representations in open court, and the factors set forth in 18 U.S.C. § 3553(a), it is hereby ordered that Defendant's motion is GRANTED pursuant to 18 U.S.C. § 3583. Defendant's term of supervised release is terminated, effective June 5, 2024.

      SO ORDERED.

Dated: May 30, 2024
       New York, New York

                                                          *Jennifer H. Rearden*
                                                    JENNIFER H. REARDEN
                                                    United States District Judge